**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1578**

H. RICHARD AUSTIN, St. Louis, Missouri,

            Plaintiff - Appellant,

        v.

DOUGLAS G. PETERSON & ASSOCIATES, Greenfield, Massachusetts;
STEPHEN W. HOUGHTON, Greenfield, Massachusetts; JIMMY PAU,
Cary, North Carolina,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:13-cv-00877-BO)

Submitted:  October 16, 2014        Decided:  October 20, 2014

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

H. Richard Austin, Appellant Pro Se.   George L. Goodridge,
CURTISS, CAREY, GATES, GRAVES & GOODRIDGE, LLP, Greenfield,
Massachusetts; Paul Marshall Yoder, WHARTON ALDHIZER & WEAVER,
PLC, Harrisonburg, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

H. Richard Austin appeals from the district court's order dismissing his complaint filed pursuant to Fed. R. Civ. P. 60(d)(3) against Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Austin v. Douglas G. Peterson & Assocs., No. 5:13-cv-00877-BO (E.D.N.C. May 12, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED